# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2713EA

_____

| | |
|---|---|
| Fred DuVall, | * |
| | * |
| Plaintiff-Appellant, | * |
| | * |
| v. | * |
| | * |
| Mike Bridges, in his individual capacity | * |
| and as Sheriff of Van Buren County, | * |
| Arkansas; Stephen E. James, in his | * |
| individual capacity and as Deputy | *   Appeal from the United States |
| Prosecuting Attorney for Van Buren | *   District Court for the Eastern |
| County, Arkansas; County of Van | *   District of Arkansas. |
| Buren, Arkansas; | * |
| | *   [UNPUBLISHED] |
| Defendants-Appellees, | * |
| | * |
| Larry E. Kuykendall, doing business as | * |
| Kuykendall Cement Co.; | * |
| | * |
| Defendant, | * |
| | * |
| State of Arkansas, | * |
| | * |
| Defendant-Appellee. | * |

_____

Submitted: December 7, 1998
Filed: December 10, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Fred DuVall appeals the district court's dismissal of DuVall's 42 U.S.C. § 1983 lawsuit for lack of subject matter jurisdiction. Having carefully reviewed the record and the parties' submissions, we conclude the district court properly dismissed DuVall's action. We thus affirm the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.